AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. Section 1341 - Mail Fraud
26 U.S.C. Section 7212(a)-Corruptly Obstruct or
Impede Due Administration of Tax Laws

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

18 U.S.C. Sect 1341-20 years imprisonment; $250,000 fine
3 yrs supervised release; $100 assessment
26 U.S.C. Sect 7212(a)-3 years imprisonment; $250,000 fine;
1 yr supervised release; $100 assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 10 PM 3: 06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ KENNETH GERALD BORDEWICK

DISTRICT COURT NUMBER

CR 06 0022 DLJ

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Internal Revenue Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

DAVID L. DENIER, AUSA

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:
☐ Arraignment ☒ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
### VENUE: OAKLAND

*FILED*

06 JAN 10 PM 3: 06

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

KENNETH GERALD BARDEWICK

CR 06 0022

DLJ

DEFENDANT.

# INDICTMENT

A true bill.

_____ Foreman

Filed in open court this 10th day of

Jan. 2006 .

Karen L. Hom  KAREN L. HOM

Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ Summons

1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

FILED
05 JAN 10 PM 3: 06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DLJ**

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION **CR 06 0022**

UNITED STATES OF AMERICA, )
                         )  CRIMINAL NO.
        Plaintiff,       )
                         )  VIOLATION: 18 U.S.C. § 1341 - Mail Fraud;
                         )  26 U.S.C. § 7212(a) - Corruptly Obstruct or
    v.                   )  Impede Due Administration of Tax Laws
                         )
KENNETH GERALD BORDEWICK, aka  )  OAKLAND VENUE
    Gerald Kenneth Bordewick, aka Gerald K.  )
    Bordewick, aka G. Kenneth Bordewick,  )
    aka G. Kenneth Bordewick, Jr.,  )
                         )
        Defendant.       )
                         )
_____ )

INDICTMENT

The Grand Jury charges:

<u>COUNTS ONE THROUGH NINE</u>: (18 U.S.C. § 1341 - Mail Fraud)

INTRODUCTION

At all times relevant to this Indictment:

    1.    The Internal Revenue Service (IRS) was an agency of the United States within the

Department of the Treasury of the United States.

    2.    Defendant KENNETH GERALD BORDEWICK, aka Gerald Kenneth Bordewick, aka

Gerald K. Bordewick, aka G. Kenneth Bordewick, aka G. Kenneth Bordewick, Jr., (hereinafter

BORDEWICK) was a United States citizen who resided in Antioch, California and Palm Springs,

California.

INDICTMENT

3.      On or about and between January 1, 1992, and March 31, 1996, both dates being approximate and inclusive, Frances Norene Bordewick, the mother of the BORDEWICK, operated a beauty salon, Norene and Company, a sole proprietorship, in Antioch, California, and incurred employment tax liabilities (Form 941) as follows:

| Tax Period Ended | Employment Tax Liability |
| --- | --- |
| March 31, 1992 | $2,804.14 |
| June 30, 1992 | 2,714.26 |
| September 30, 1992 | 2,657.13 |
| December 31, 1992 | 2,480.17 |
| March 31, 1993 | 2,654.17 |
| June 30, 1993 | 2,459.44 |
| September 30, 1993 | 2,900.18 |
| December 31, 1993 | 2,823.64 |
| March 31, 1994 | 2,432.46 |
| June 30, 1994 | 2,690.56 |
| September 30, 1994 | 2,527.01 |
| December 31, 1994 | 2,458.56 |
| March 31, 1995 | 2,086.87 |
| June 30, 1995 | 2,212.87 |
| September 30, 1995 | 704.74 |
| March 31, 1996 | 2,086.87 |

4.      Notices of Federal Tax Lien were filed with the Recorder for Contra Costa County, California, against Frances Norene Bordewick dba Norene & Co. for the employment taxes identified in paragraph 3 as follows:

| Tax Period Ended | Date Notice of Federal Tax Lien Recorded |
| --- | --- |
| March 31, 1992 | March 26, 1993 |
| June 30, 1992 | March 26, 1993 |
| September 30, 1992 | March 26, 1993 |
| December 31, 1992 | January 17, 1997 |
| March 31, 1993 | January 17, 1997 |
| June 30, 1993 | January 17, 1997 |
| September 30, 1993 | January 17, 1997 |
| December 31, 1993 | January 17, 1997 |
| March 31, 1994 | January 17, 1997 |
| June 30, 1994 | January 17, 1997 |
| September 30, 1994 | January 17, 1997 |
| December 31, 1994 | January 17, 1997 |
| March 31, 1995 | January 17, 1997 |
| June 30, 1995 | January 17, 1997 |
| September 30, 1995 | January 17, 1997 |
| March 31, 1996 | January 17, 1997 |

///

INDICTMENT

2

5.     On or about November 25, 1992 and continuing thereafter up to and including January 30, 2001, Frances Norene Bordewick owned a condominium 9 Avila Place, Antioch, California. BORDEWICK lived with his mother in the condominium until sometime in 2000.

6.     In 2000, BORDEWICK moved to Palm Springs and began living with Robert Morrison at 1850 S. Camino Real, #5, Palm Springs, California.

7.     On November 16, 2000, an escrow for the sale of Frances Norene Bordewick's condominium was opened with Orange Coast Title Company. Karen Ulrici was the escrow officer. Both the realtor and the escrow officer dealt with BORDEWICK with respect to the sale and closing of the condominium; they only met Frances Norene Bordewick when she signed the papers.

8.     On November 29, 2000, after receiving a preliminary title report, Orange Coast Title Company requested a demand for payment of the federal tax liens from the IRS.

9.     A Notice of Federal Taxes Due (demand for payment) in the amount of $87,251.30 was submitted by the IRS Collection Division to Orange Coast Title Company on December 18, 2000.

10.     On or about December 18, 2000, escrow officer Karen Ulrici told BORDEWICK about the IRS demand and informed him that the taxes would have to be paid.

## THE SCHEME TO DEFRAUD

11.     Beginning in or about November 2000 and continuing through March 2001, in the Northern District of California and elsewhere, the defendant

**KENNETH GERALD BORDEWICK,**
aka Gerald Kenneth Bordewick, aka Gerald K. Bordewick,
aka G. Kenneth Bordewick, aka G. Kenneth Bordewick, Jr.,

knowingly and intentionally devised and intended to devise a scheme and artifice to defraud the IRS and to obtain at least $44,000 by means of false and fraudulent pretenses, representations, and promises, well knowing that the pretenses, representations and promises were false and fraudulent when made.

## MANNER AND MEANS OF EXECUTING THE SCHEME

12.     It was part of the scheme to defraud that BORDEWICK created or caused to be created a fraudulent Certificate of Release of Federal Tax indicating that the IRS had released its tax liens against his mother's condominium.

INDICTMENT

3

13. It was further part of the scheme to defraud that BORDEWICK created or caused to be created a fraudulent Mechanic's Lien in the amount of $50,000 in favor of Robert Morrison.

14. It was further part of the scheme to defraud that BORDEWICK told escrow officer Karen Ulrici that Frances Norene Bordewick's attorney, Peter Pappas, had a Certificate of Release of Federal Tax Lien and would record it, and that there was an outstanding Mechanic's Lien against the condominium in the amount of $50,000.

15. It was further part of the scheme to defraud that BORDEWICK recorded or caused to be recorded the fraudulent Certificate of Release of Federal Tax Lien for Frances Norene Bordewick with the Contra Costa County Recorder's Office and, shortly thereafter, recorded or caused to be recorded the fraudulent Mechanic's Lien against Frances Norene Bordewick's property in favor of Robert Morrison in the amount of $50,000 with the Contra Costa County Recorder's Office.

16. It was further part of the scheme to defraud that BORDEWICK faxed or caused to be faxed the fraudulent Certificate of Release of Federal Tax Lien and the fraudulent Mechanics's Lien from the Law Offices of Peter Pappas to Orange Coast Title Company.

17. It was further part of the scheme to defraud that BORDEWICK caused Orange Coast Title Company to treat the IRS tax liens as satisfied based on the fraudulent Certificate of Release of Federal Tax Lien and therefore, caused Orange Coast Title Company not to pay the IRS demand for $87,578.60.

18. It was further part of the scheme to defraud that BORDEWICK caused Orange Coast Title Company to pay the balance of the proceeds of the sale of the condominium, approximately $44,000, to Robert Morrison pursuant to the fraudulent Mechanic's Lien.

19. It was further part of the scheme to defraud that BORDEWICK directed escrow officer Karen Ulrici to make out nine checks each payable to Robert Morrison and that BORDEWICK directed Ulrici to deliver the checks to 1850 S. Camino Real, #5, Palm Springs, California.

## THE MAILINGS

20. On or about the dates set forth below, in the Northern District of California, for the purpose of executing the aforementioned scheme and artifice to defraud, defendant KENNETH GERALD BORDEWICK, did knowingly cause to be placed in an authorized depository for mail

INDICTMENT

4

matter to be sent and delivered by the Postal Service according to the directions thereon, the following mailings:

| Count | Approximate Date of Delivery of Mail | Sender | Addressee | Item Mailed |
|---|---|---|---|---|
| One | January 31, 2001 | Orange Coast Title Company Antioch, CA | Frances Norene Bordewick Palm Springs, CA | Check No. 019192 to Robert Morrison for $4,263.68 |
| Two | January 31, 2001 | Orange Coast Title Company Antioch, CA | Frances Norene Bordewick Palm Springs, CA | Check No. 019193 to Robert Morrison for $5,000.00 |
| Three | January 31, 2001 | Orange Coast Title Company Antioch, CA | Frances Norene Bordewick Palm Springs, CA | Check No. 019194 to Robert Morrison for $5,000.00 |
| Four | January 31, 2001 | Orange Coast Title Company Antioch, CA | Frances Norene Bordewick Palm Springs, CA | Check No. 019195 to Robert Morrison for $5,000.00 |
| Five | January 31, 2001 | Orange Coast Title Company Antioch, CA | Frances Norene Bordewick Palm Springs, CA | Check No. 019196 to Robert Morrison for $5,000.00 |
| Six | January 31, 2001 | Orange Coast Title Company Antioch, CA | Frances Norene Bordewick Palm Springs, CA | Check No. 019197 to Robert Morrison for $5,000.00 |
| Seven | January 31, 2001 | Orange Coast Title Company Antioch, CA | Frances Norene Bordewick Palm Springs, CA | Check No. 019198 to Robert Morrison for $5,000.00 |
| Eight | January 31, 2001 | Orange Coast Title Company Antioch, CA | Frances Norene Bordewick Palm Springs, CA | Check No. 019199 to Robert Morrison for $5,000.00 |
| Nine | January 31, 2001 | Orange Coast Title Company Antioch, CA | Frances Norene Bordewick Palm Springs, CA | Check No. 019200 to Robert Morrison for $5,000.00 |

All in violation of Title 18, United States Code, Section 1341.

COUNT TEN: (26 U.S.C. § 7212(a) - Corruptly Obstruct or Impede Due Administration of Tax Laws)

21.    Beginning in or about November 2000 and through March 2001, in the Northern District of California and elsewhere, the defendant

KENNETH GERALD BORDEWICK,
aka Gerald Kenneth Bordewick, aka Gerald K. Bordewick,
aka G. Kenneth Bordewick, aka G. Kenneth Bordewick, Jr.,

INDICTMENT

did corruptly endeavor to obstruct and impede the due administration of the internal revenue laws.

22. It was part of BORDEWICK's endeavor to obstruct and impede the due administration of the internal revenue laws to create or to cause to be created a fraudulent Certificate of Release of Federal Tax indicating that the IRS had released its tax liens against his mother's condominium.

23. It was further part of BORDEWICK's endeavor to obstruct and impede the due administration of the internal revenue laws to create or to cause to be created a fraudulent Mechanic's Lien in the amount of $50,000 in favor of Robert Morrison.

24. It was further part of BORDEWICK's endeavor to obstruct and impede the due administration of the internal revenue laws to tell escrow officer Karen Ulrici that Frances Norene Bordewick's attorney, Peter Pappas, had a release of federal tax lien and would record it, and that there was an outstanding Mechanic's Lien against the condominium in the amount of $50,000.

25. It was further part of BORDEWICK's endeavor to obstruct and impede the due administration of the internal revenue laws to record or to cause to be recorded the fraudulent Certificate of Release of Federal Tax Lien for Frances Norene Bordewick with the Contra Costa County Recorder's Office and, shortly thereafter, to record or to cause to be recorded the Mechanic's Lien against Frances Norene Bordewick's property in favor of Robert Morrison in the amount of $50,000 with the Contra Costa County Recorder's Office.

26. It was further part of BORDEWICK's endeavor to obstruct and impede the due administration of the internal revenue laws to fax or to cause to be faxed the fraudulent Certificate of Release of Federal Tax Lien and the fraudulent Mechanics's Lien from the Law Offices of Peter Pappas to Orange Coast Title Company.

27. It was further part of BORDEWICK's endeavor to obstruct and impede the due administration of the internal revenue laws to cause Orange Coast Title Company to treat the IRS tax liens as satisfied based on the fraudulent Certificate of Release of Federal Tax Lien and not to pay the IRS demand for $87,578.60.

28. It was further part of BORDEWICK's endeavor to obstruct and impede the due administration of the internal revenue laws to cause Orange Coast Title Company to pay the balance of the proceeds of the sale of the condominium, approximately $44,000, to Robert Morrison pursuant to

INDICTMENT

6

1 the fraudulent Mechanic's Lien.

2 In violation of Title 26, United States Code, Section 7212(a).

3

4                                                      A TRUE BILL

5 DATED: 7 JAN 10 2006                    _____
                                         FOREPERSON
6

7 KEVIN V. RYAN
  United States Attorney
8
  _____ (EC)
  EUMI CHOI
9 Chief, Criminal Division

10 (Approved as to form: _____ )
                         AUSA DENIER
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT

7