1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2

3   Attorney for Plaintiff

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11  UNITED STATES OF AMERICA,          )   NO.  CR-06-0022-DLJ
                                       )
12               Plaintiff,            )
                                       )
13        v.                           )   STIPULATION AND ORDER
                                       )
14  KENNETH GERALD BORDEWICK, aka      )
    Gerald Kenneth Bordewick, aka Gerald K.  )
15  Bordewick, aka G. Kenneth Bordewick, aka  )
    G. Kenneth Bordewick, Jr.,         )
16                                     )
                 Defendant.            )
17  _____)

18        Plaintiff United States of America and defendant Kenneth Gerald Bordewick, through

19  their respective counsel, hereby stiuplate and agree as follows:

20        1.     The defendant shall appear for arraignment before United States Magistrate Judge

21  Wayne D. Brazil on Friday, February 10, 2006, at 10:00 a.m. in Courtroom No. 4, Third Floor,

22  United States Courthouse, 1301 Clay Street, Oakland, California.

23        2.     The defendant shall report to Room 150C, First Floor, United States Courthouse,

24  1301 Clay Street, Oakland, California, 45 minutes prior to going to court.

25  ///

26  ///

27  ///

28  ///

3.      The defendant's initial appearance before United States District Judge D. Lowell Jensen shall be on Friday, February 10, 2006, at 11:00 a.m., in Courtroom No. 1, Fourth Floor, United States Courthouse, 1301 Clay Street, Oakland, California.

KEVIN V. RYAN
United States Attorney

Dated:  1/24/06                           /s/ David L. Denier
                                          DAVID L. DENIER
                                          Assistant United States Attorney
                                          Tax Division


Dated:  1/24/06                           /s/ Arthur Lewis
                                          ARTHUR LEWIS
                                          Attorney for Defendant
                                             Kenneth Gerald Bordewick

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

*Wayne D. Brazil*
Judge Wayne D. Brazil

NORTHERN DISTRICT OF CALIFORNIA

Dated:  January 25, 2006
                                          WAYNE D. BRAZIL
                                          United States Magistrate Judge

Application & Order of Dismissal
(No. C-05-04978-EMC)                    2