1  SANDS & ASSOCIATES
   LEONARD S. SANDS, S.B.N. 028460
2  ARTHUR LEWIS, S.B.N. 026299
   9606 Santa Monica Blvd., 3rd Floor
3  Beverly Hills, CA 90210
   Telephone:  (310) 859-6644
4  Facsimile:  (310) 492-0397

5  Attorney for Defendant,
   KENNETH GERALD BORDEWICK
6

**FILED**

APR 0 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                     NORTHERN DISTRICT OF CALIFORNIA
9
                              OAKLAND VENUE
10

11  UNITED STATES OF AMERICA        )   CRIMINAL NO.: CR 06-0022 DLJ
                                    )
12          Plaintiff,              )
       v.                           )   ORDER
13                                  )
    KENNETH GERALD BORDEWICK,       )
14                                  )
            Defendant               )
15  _____  )

16

17
                                 **ORDER**
18
    Good cause appearing, pursuant to stipulation, it is so ORDERED.
19
           APRIL 3, 2006
20  Dated: March _____ 2006

21

22                              _____
                                D. LOWELL JENSEN
23                              United States District Court Judge

24

25

26

27

28

                                     3
    _____
    STIPULATION RE; CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9606 Santa Monica Blvd., Third Floor, Beverly Hills, CA 90210.

On March 29, 2006, I served the foregoing documents described as: **STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER**

( )   placing ( ) the original (x) a true copy thereof enclosed in a sealed envelope addressed as follows:

David Denier
Assistant U.S. Attorney
U.S. Department of Justice
North District of California, Tax Division
10th Floor, Federal Building
450 Golden Gate Avenue, Box 360-55
San Francisco, CA 94102

(X)   (BY MAIL) I mailed such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

( )   (BY FACSIMILE) I caused the foregoing document to be served via facsimile.

( )   (BY FEDERAL EXPRESS - OVERNIGHT DELIVERY)

(X)   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court in whose direction the service was made.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

ILSE L. JAFFE

1  SANDS & ASSOCIATES
   LEONARD S. SANDS, S.B.N. 028460
2  ARTHUR LEWIS, S.B.N. 026299
   9606 Santa Monica Blvd., 3rd Floor
3  Beverly Hills, CA 90210
   Telephone:  (310) 859-6644
4  Facsimile:  (310) 492-0397

5  Attorneys for Defendant,
   KENNETH GERALD BORDEWICK
6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND VENUE

11
   UNITED STATES OF AMERICA      )   CRIMINAL NO.: CR 06-0022 DLJ
12                               )
            Plaintiff,            )   STIPULATION RE: CONTINUANCE OF
13                               )   STATUS   CONFERENCE    AND
       v.                        )   [PROPOSED] ORDER
14                               )
   KENNETH   GERALD              )
15 BORDEWICK                     )
                                 )
16          Defendant            )
                                 )
17  ─────────────────────────

18

19
       It is hereby stipulated by and between the parties hereto that the Status Conference,
20
   presently set for April 14, 2006, be continued from said date to June 30, 2006) at 11:00 a.m.
21
   in Courtroom 1.
22
       The proposed continuance is based upon the need of counsel for defendant to locate
23
   and interview witnesses, some, or most, who have been previously interviewed by agents of
24
   the Internal Revenue Service (IRS) [and some who have not, but have since moved], some
25
   five (5) or more years ago and for said counsel to locate the IRS Agency believed to have
26
   issued the Lien Release giving rise to the indictment herein.
27

28

                                           1

         STIPULATION RE; CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER

MAR-29-2006  12:25

P.03

1  It is agreed that this time period of delay herein shall be excluded in computing the
2  time within which the trial must commence, because failure to grant such a continuance
3  would deny defendant the reasonable time necessary for effective preparation, taking into
4  account the exercise of due diligence.
5  All in accord with Title 18, § 3161 (h) (8) (A) and (B)(iv).
6  All parties have agreed to the new date.

Dated: March ___, 2006          SANDS & ASSOCIATES

                                By: _____
                                    Arthur Lewis
                                    Attorney for Kenneth Gerald Bordewick

Dated: March 29, 2006

                                By: _____
                                    David Denier
                                    Assistant U.S. Attorney

2

STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER