**FILED**

JUN 2 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

SANDS & ASSOCIATES
LEONARD S. SANDS, S.B.N. 028460
ARTHUR LEWIS, S.B.N. 026299
9606 Santa Monica Blvd., 3rd Floor
Beverly Hills, CA 90210
Telephone:  (310) 859-6644
Facsimile:  (310) 492-0397

Attorneys for Defendant,
KENNETH GERALD BORDEWICK

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| UNITED STATES OF AMERICA, | ) CRIMINAL NO.: CR 06-0022 DLJ |
|---|---|
| Plaintiff, | ) STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER |
| v. | ) |
| KENNETH GERALD BORDEWICK, | ) |
| Defendant | ) |

It is hereby stipulated by and between the parties hereto that the Status Conference, presently set for June 30, 2006, be continued from said date to August 25, 2006 at 10:00 a.m. in Courtroom 1.

The proposed continuance is based upon the *continued* need of counsel for defendant to locate and interview witnesses, some, or most, who have been previously interviewed by agents of the Internal Revenue Service (IRS) [and some

1

STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER

1  who have not, but have since moved], some five (5) or more years ago and for said
2  counsel to locate the IRS Agency believed to have issued the Lien Release giving
3  rise to the indictment herein.
4
5  It is agreed that this time period of delay herein shall be excluded in computing
6  the time within which the trial must commence.
7  All in accord with Title 18, § 3161 (h) (8) (A) and (B)(iv).
8  All parties have agreed to the new date.
9
10 Dated: June ___, 2006            **SANDS & ASSOCIATES**

By:  Arthur Lewis
     Attorney for Kenneth Gerald Bordewick


Dated: June 26, 2006

By:  David Denier
     Assistant U.S. Attorney

2

STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER

1  **SANDS & ASSOCIATES**
   LEONARD S. SANDS, S.B.N. 028460
   ARTHUR LEWIS, S.B.N. 026299
2  9606 Santa Monica Blvd., 3rd Floor
   Beverly Hills, CA 90210
3  Telephone:  (310) 859-6644
   Facsimile:  (310) 492-0397
4
   Attorney for Defendant,
5  KENNETH GERALD BORDEWICK

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    NORTHERN DISTRICT OF CALIFORNIA

9                              OAKLAND VENUE

10
    UNITED STATES OF AMERICA    )   CRIMINAL NO.: CR 06-0022 DLJ
11                              )
           Plaintiff,           )
12     v.                       )   ORDER
                                )
13  KENNETH GERALD BORDEWICK,   )
                                )
14         Defendant            )
                                )
15  _____

16                               **ORDER**

17     Good cause appearing, pursuant to stipulation, it is so ORDERED.

18  Dated: June 21, 2006

19

20
                                    [signature]
21                                  _____
                                    D. LOWELL JENSEN
22                                  United States District Court Judge

23

24

25

26

27

28
                                        3
    STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER

                                                              TOTAL P.04

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9606 Santa Monica Blvd., Third Floor, Beverly Hills, CA 90210.

On June 26, 2006, I served the foregoing documents described as: **STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER**

( )    placing ( ) the original (x) a true copy thereof enclosed in a sealed envelope addressed as follows:

David Denier
Assistant U.S. Attorney
U.S. Department of Justice
North District of California, Tax Division
10th Floor, Federal Building
450 Golden Gate Avenue, Box 360-55
San Francisco, CA 94102

(X)    (BY MAIL) I mailed such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

( )    (BY FACSIMILE) I caused the foregoing document to be served via facsimile.

( )    (BY FEDERAL EXPRESS - OVERNIGHT DELIVERY)

(X)    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court in whose direction the service was made.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

ILSE L. JAFFE

1
PROOF OF SERVICE