**FILED**

OCT 1 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KENNETH GERALD BORDEWICK,<br><br>　　　　Defendant. | No. CR.-06-0022-DLJ<br><br><br><br><br><br>SPEEDY TRIAL ACT ORDER |

　　　　This matter came on for a status conference on October 6, 2006. The matter is continued to January 12, 2007 at 10:00 a.m. for further status and trial setting. The government and defendant and his counsel (Arthur Lewis) have agreed that the period from February 10, 2006 to January 12, 2007 shall be excluded under the Speedy Trial Act in the interest of justice pursuant to Title 18 U.S.C Sections 3161(h)(8)(A), (B)(ii), and (B)(iv). The Court has previously excluded time in Orders dated April 3 and June 27, 2006. The Court agrees and finds that the ends of justice served by excluding the above period outweigh the best interests of the public and the defendant in a speedy trial, because the defendant and his counsel are entitled to a reasonable time necessary for effective preparation of the defenses and continuity of counsel.

　　　　IT IS SO ORDERED.

Dated: 10-10-06

D. LOWELL JENSEN
United States District Judge