**FILED**
FEB 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH GERALD BORDEWICK, <br><br> Defendant. | CASE No. CR-06-0022 DLJ <br><br> [~~PROPOSED~~] ORDER <br><br> Courtroom: 1 <br> Judge: Hon. D. Lowell Jensen, Sr. |

*Good Cause having been shown*, the defendant's *ex parte* motion requesting the issuance of subpoenas [F.R.Cr.P., Rule 17(c); Crim.L.R. 17-2(a)] is granted.

*It Is Hereby Ordered* that:

1. Subpoenas be issued as indicated, to VERIZON and to AT&T, ordering the delivery of certified copies of records which disclose all calls made between November 15, 2000 through January 31, 2001, from the following:

   1. **AT&T (*formerly Pac Bell*), 510-778-6856**: registered to Frances N. Bordewick, 9 Avila Place, Antioch, California 94509;
   2. **Verizon (Residential), 760-325-4774**: registered to Kenneth G. Bordewick, 1850 S. Camino Real #5, Palm Springs, California 92246;
   3. **Verizon (Residential), 760-318-9085**: registered to Robert Morrison, 1850 S. Camino Real #5, Palm Springs, California 92246; and
   4. **Verizon and/or AT&T, 925-778-5681** [and any other number(s) during the period at issue registered to Orange Coast Title Company, 3200 Lone Tree Way, #102, Antioch, California 94509.

2. The subpoenaed records shall be produced no later than February 26, 2007.

3. No appearance is necessary if the records are delivered in advance of the specified date, at the office of the issuing attorney whose name and address appears on the subpoenas.

DATED: FEB. 20, 2007

HON. D. LOWELL JENSEN
United States District Court Judge

EX PARTE APPLICATION FOR SUBPOENAS TO PRODUCE THINGS/OBJECTS IN A CRIMINAL CASE

5