FILED

FEB 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE No. CR-06-0022 DLJ |
| Plaintiff, | ) | [PROPOSED] REVISED ORDER |
| v. | ) | |
| KENNETH GERALD BORDEWICK, | ) | Courtroom: 1<br>Judge: Hon. D. Lowell Jensen, Sr. |
| Defendant. | ) | |

*Having previously granted* the defendant's *ex parte* motion requesting the issuance of subpoenas [F.R.Cr.P., Rule 17(c); Crim.L.R. 17-2(a)], that Order, dated February 20, 2007,

***Is Hereby Revised To Read As Follows:***

1. Subpoenas be issued as indicated, to VERIZON and to AT&T, ordering the delivery of certified copies of records which disclose all "800" numbers called between November 15, 2000, through January 31, 2001, from the following:
    1. **AT&T (*formerly Pac Bell*), 510-778-6856**: registered to Frances N. Bordewick, 9 Avila Place, Antioch, California 94509;
    2. **Verizon (Residential), 760-325-4774**: registered to Kenneth G. Bordewick, 1850 S. Camino Real #5, Palm Springs, California 92246;
    3. **Verizon (Residential), 760-318-9085**: registered to Robert Morrison, 1850 S. Camino Real #5, Palm Springs, California 92246; and
    4. **Verizon and/or AT&T, 925-778-5681** [and any other number(s) during the period at issue registered to Orange Coast Title Company, 3200 Lone Tree Way, #102, Antioch, California 94509.

2. The subpoenaed records shall be produced **no later than March 1, 2007**.

3.  No appearance is necessary if the records are delivered in advance of the specified date, at

the office of the issuing attorney whose name and address appears on the subpoenas.

DATED: Feb 22, 2007

_____
HON. D. LOWELL JENSEN
United States District Court Judge