

**FILED**
MAR 0 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  SANDS & ASSOCIATES
   LEONARD S. SANDS, S.B.N. 028460
   ARTHUR LEWIS, S.B.N. 026299
2  9606 Santa Monica Blvd., 3rd Floor
   Beverly Hills, CA 90210
3  Telephone: (310) 859-6644
   Facsimile: (310) 492-0397
4

5  Attorney for Defendant,
   KENNETH GERALD BORDEWICK

6

7             IN THE UNITED STATES DISTRICT COURT FOR THE

8                   NORTHERN DISTRICT OF CALIFORNIA

9                           OAKLAND VENUE

10

11 UNITED STATES OF AMERICA        )   CRIMINAL NO.: CR 06-0022 DLJ
                                   )
12         Plaintiff,               )
       v.                          )   [PROPOSED] ORDER
13                                  )
   KENNETH GERALD BORDEWICK,       )
14         Defendant                )
                                   )
15 _____

16                              **ORDER**

17     Good cause appearing, pursuant to Stipulation, it is Ordered as follows:

18     1. The former motions filing, response, reply and hearing dates are hereby

19 vacated, and the following dates effective:

20        Filing      : April 13, 2007

21        Response    : April 27, 2007

22        Reply       : May 4, 2007

23        Hearing     : May 11, 2007.

24     2. The time period from March 6, 2007 to May 11, 2007, should be excluded

25 in computing the time with which trial should commence pursuant to the provisions

26 of the Speedy Trial Act [18 U.S.C. § 3161(h)(8)(A), (B)(iv)].

27
                                    3
28

---

STIPULATION RE RE: CONTINUANCE OF MOTION CUTOFF DATES; [PROPOSED] ORDER

3. The court finds that the ends of justice served by granting taking the action Ordered herein outweigh the interests of the public and the defendant in a speedy trial, to wit: permitting the defense the additional time needed to obtain and review discovery in this action.

DATED: March 7, 2007

_____
D. LOWELL JENSEN
United States District Court Judge

4

STIPULATION RE RE: CONTINUANCE OF MOTION CUTOFF DATES; [PROPOSED] ORDER