FILED
MAR 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No. CR-06-0022 DLJ |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| KENNETH GERALD BORDEWICK, | Courtroom: 1<br>Judge: Hon. D. Lowell Jensen, Sr. |
| Defendant. | |

***Good Cause having been shown***, the defendant's *ex parte* motion requesting the issuance of subpoenas [F.R.Cr.P., Rule 17(c); Crim.L.R. 17-2(a)] is granted.

***It Is Hereby Ordered*** that:

1.  Subpoenas be issued as indicated, to VERIZON and to AT&T, ordering the delivery of certified copies of records which disclose all numbers called beginning February 1, through and including May 31, 2001, from the following:

    A.  **Verizon (Residential), 760-318-9085**: registered to Robert Morrison, 1850 S. Camino Real #5, Palm Springs, California 92246;

    B.  **Verizon and/or AT&T, 925-778-5238**: registered to Orange Coast Title Company, 3200 Lone Tree Way, #102, Antioch, California 94509.

2.  The subpoenaed records shall be produced no later than March 30, 2007.

3.  No appearance is necessary if the records are delivered in advance of the specified date, at the office of the issuing attorney whose name and address appears on the subpoenas.

DATED: March 15, 2007

HON. D. LOWELL JENSEN
United States District Court Judge

5
*EX PARTE* APPLICATION FOR SUBPOENAS TO PRODUCE THINGS/OBJECTS IN A CRIMINAL CASE