SANDS & ASSOCIATES
LEONARD S. SANDS, S.B.N. 028460
ARTHUR LEWIS, S.B.N. 026299
9606 Santa Monica Blvd., 3rd Floor
Beverly Hills, CA 90210
Telephone:   (310) 859-6644
Facsimile:   (310) 492-0397

Attorneys for Defendant,
KENNETH GERALD BORDEWICK

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| UNITED STATES OF AMERICA, | ) CRIMINAL NO.: CR 06-0022 DLJ |
|---|---|
| Plaintiff, | ) |
| v. | ) **WAIVER OF DEFENDANT'S APPEARANCE AND [PROPOSED] ORDER** |
| KENNETH GERALD BORDEWICK, | ) |
| Defendant | ) |

## WAIVER OF DEFENDANT'S PERSONAL PRESENCE

The undersigned defendant, having been advised of his right to be present at all stages of the proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by, and cross-examine all witnesses, hereby waives the right to be present at the hearing on May 11, 2007 regarding Defendant's Motion to Dismiss. The undersigned defendant hereby requests the court to proceed during the absence of the defendant *that the court may permit* pursuant to this waiver, and hereby agrees that his interest is represented by the presence of his attorneys the same as if the defendant were personally present in court, *and further agrees that*

1

WAIVER OF DEFENDANT'S PERSONAL APPEARANCE AND PROPOSED ORDER

*notice to his attorney that his presence in court on a particular day at a particular time is required is notice to the defendant of the requirement of his appearance at that time and place.*

Executed this ___ day of May, 2007

_____
Arthur Lewis
Attorney for Defendant

_____
Kenneth Gerald Bordewick
Defendant

No objection

_____
AUSA Dave Denier

MAY-04-2007 13:17
Case 4:06-cr-00022-DLJ   Document 46   Filed 05/07/07   Page 3 of 4
P.03

1 | *notice to his attorney that his presence in court on a particular day at a particular time is*
2 | *required is notice to the defendant of the requirement of his appearance at that time and*
3 | *place.*
4 |
5 | Executed this ___ day of May, 2007
6 |
7 |
8 | ___Arthur Lewis___                                   ___Kenneth Gerald Bordewick___
  | Attorney for Defendant                               Defendant
9 |
10|       No objection to waiver of defendant's presence at
11|       _____                       hearing on May 11, 2007,
  | AUSA Dave Denier                        only.
12|
...

2

WAIVER OF DEFENDANT'S PERSONAL APPEARANCE AND PROPOSED ORDER

SANDS & ASSOCIATES
LEONARD S. SANDS, S.B.N. 028460
ARTHUR LEWIS, S.B.N. 026299
9606 Santa Monica Blvd., 3rd Floor
Beverly Hills, CA 90210
Telephone:  (310) 859-6644
Facsimile:  (310) 492-0397

Attorneys for Defendant,
KENNETH GERALD BORDEWICK

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: CR 06-0022 DLJ |
| ) | |
| Plaintiff, ) | **WAIVER OF DEFENDANT'S APPEARANCE** |
| ) | |
| v. ) | [~~PROPOSED~~] ORDER |
| ) | |
| KENNETH GERALD ) BORDEWICK ) | |
| ) | |
| Defendant ) | |

The defendant herein, having been advised of his right to be present at all stages of the proceedings and having waived the same as set forth in the attached "Waiver",

**IT IS SO ORDERED;**

DATED: May _7_, 2007

*[signature]*

D. LOWELL JENSEN
United States District
JUDGE

3

WAIVER OF DEFENDANT'S PERSONAL APPEARANCE AND PROPOSED ORDER