1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
3  DAVID L. DENIER (CSBN 95024)
   Assistant United States Attorney
4   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
5   San Francisco, CA 94102
    Telephone:   (415) 436-6888
6   Fax:         (415) 436-6748

7  Attorneys for United States of America

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                     NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,         )   NO.  CR-06-0022-DLJ
                                      )
12                Plaintiff,          )
                                      )
13         v.                         )   STIPULATION AND ORDER
                                      )   RE EXCLUSION OF TIME
14  KENNETH GERALD BORDEWICK, aka     )   UNDER SPEEDY TRIAL ACT
    Gerald Kenneth Bordewick, aka Gerald K. )
15  Bordewick, aka G. Kenneth Bordewick, aka )
    G. Kenneth Bordewick, Jr.,        )
16                                    )
                  Defendant.           )
17  _____)

18      This matter came on for hearing of defendant's motion to dismiss charges on May 11,

19  2006.  After the hearing the case was set for trial on October 29, 2007, at 9:00 a.m.

20      The parties, through their counsel of record, hereby stipulate and agree that the period of

21  time from May 11, 2007 to October 29, 2007 shall be excluded under the Speedy Trial Act

22  pursuant to 18 U.S.C. § 3161(h)(8)(A) and B(iv) for continuity of defense counsel and because

23  the defendant has sustained an injury which may require surgery in the near future.

24
                                          SCOTT N. SCHOOLS
25                                        United States Attorney

26
    Dated: May 25, 2007                   /s/ David L. Denier
27                                        DAVID L. DENIER
                                          Assistant United States Attorney
28                                        Tax Division
                                          Attorneys for United States of America

1
2
3  Dated: May 25, 2007                    /s/ Arthur Lewis
                                          ARTHUR LEWIS
4                                         Attorney for Defendant
                                              Kenneth Gerald Bordewick
5
6                                    ORDER
7       This Court agrees and finds that the ends of justice served by excluding time from May
8  11, 2007 to October 29, 2007, outweigh the best interests of the public and the defendant in a
9  speedy trial, because the defendant and his counsel are entitled to a reasonable time ncecessary
10 for effective preparation of the defenses and continuity of counsel.
11      IT IS SO ORDERED.
12
13 Dated: _June 4, 2007_____          _____
                                          D. LOWELL JENSEN
14                                        United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip & Order Re Excl. Of Time Under Speedy
Trial Act (No. CR-06-00022-DLJ)          2