COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: 415.565.9600
Facsimile: 415.565.9601

Attorneys for Defendant
KENNETH BORDEWICK

FILED
SEP 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KENNETH BORDEWICK<br>Defendant. | Case No. 06-0022 DLJ<br><br>STIPULATION AND [PROPOSED] ORDER RE ARRAIGNMENT ON SUPERSEDING INDICTMENT<br><br>Before the Honorable Wayne D. Brazil<br>United States Magistrate Judge |

cc: WDB's Stats, Copy to parties via ECF, Frances

WHEREAS on September 6, 2007, a grand jury sitting in the Northern District of California returned a superseding indictment alleging violations of 18 U.S.C. section 1341 and 26 U.S.C. 7212(a) against the defendant, Kenneth Bordewick;

WHEREAS the Court scheduled this matter for arraignment on the superseding indictment for September 27, 2007;

WHEREAS Mr. Bordewick lives in Southern California and would like to avoid the expense associated with traveling to the Northern District of California to be arraigned on the superseding indictment;

WHEREAS pursuant to Federal Rule of Criminal Procedure 10(b), Mr. Bordewick waives his personal appearance at the arraignment and attests in this Stipulation that he has received a copy of the superseding indictment and that he (in this pleading and through counsel at the arraignment) will enter a plea of not guilty; and

WHEREAS Mr. Bordewick's counsel is unavailable at the date and time currently scheduled for the re-arraignment of Mr. Bordewick and the parties request rescheduling of the arraignment;

IT IS HEREBY STIPULATED AND AGREED THAT Mr. Bordewick's personal appearance at the arraignment shall be waived pursuant to Federal Rule of Criminal Procedure 10(b); and

////

////

////

////

////

////

////

////

IT IS FURTHER STIPULATED AND AGREED THAT the arraignment on the superseding indictment will take place before the Honorable Wayne D. Brazil, United States Magistrate Judge, on October 1, 2007 at 10 a.m.

IT IS SO STIPULATED.

Dated: 09/11/2007

COLEMAN & BALOGH LLP
By: ETHAN A. BALOGH
Attorneys for the Defendant
KENNETH BORDEWICK

By: KENNETH BORDEWICK
DEFENDANT

Dated:

UNITED STATES OF AMERICA
BY: DAVID DENIER
Assistant United States Attorney

Based on the parties stipulation as set forth above, and for good cause shown, the Court accepts defendant Bordewick's waiver of appearance pursuant to Federal Rule of Criminal Procedure 10(B), and schedules the arraignment on the superseding indictment for October 1, 2007 at 10:00 a.m. before this Court.

IT IS SO ORDERED.

See next page for signature
The Honorable Wayne D. Brazil
United States Magistrate Judge

IT IS FURTHER STIPULATED AND AGREED THAT the arraignment on the superseding indictment will take place before the Honorable Wayne D. Brazil, United States Magistrate Judge, on October 1, 2007 at 10 a.m.

IT IS SO STIPULATED.

Dated: 9/11/07

COLEMAN & BALOGH LLP
By: ETHAN A. BALOGH
Attorneys for the Defendant
KENNETH BORDEWICK

By: KENNETH BORDEWICK
DEFENDANT

Dated: 9/11/07

UNITED STATES OF AMERICA
BY: DAVID DENIER
Assistant United States Attorney

Based on the parties stipulation as set forth above, and for good cause shown, the Court accepts defendant Bordewick's waiver of appearance pursuant to Federal Rule of Criminal Procedure 10(B), and schedules the arraignment on the superseding indictment for October 1, 2007 at 10:00 a.m. before this Court.

IT IS SO ORDERED.

9-14-07

The Honorable Wayne D. Brazil
United States Magistrate Judge