COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: 415.565.9600
Facsimile: 415.565.9601

Attorneys for Defendant
KENNETH BORDEWICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  06-0022 DLJ |
| Plaintiff, | |
| v. | STIPULATION AND **ORDER** RE RESCHEDULING THE HEARING OF MOTIONS |
| KENNETH BORDEWICK | |
| Defendant. | Before the Honorable D. Lowell Jensen United States District Judge |

WHEREAS on August 17, 2007, the Court scheduled motions in this matter to be heard on November 2, 2007, with defendant's opening papers due to be filed on October 5, 2007;

WHEREAS on September 6, 2007, a grand jury sitting in the Northern District of California returned a superseding indictment alleging violations of 18 U.S.C. section 1341 and 26 U.S.C. 7212(a) against the defendant, Kenneth Bordewick;

WHEREAS Mr. Bordewick will be arraigned on the superseding indictment on October 1, 2007; and

WHEREAS Mr. Bordewick seeks an additional two weeks time to review the superseding indictment before presenting any motions to this Court;

1

1    IT IS HEREBY STIPULATED AND AGREED THAT the Court reschedule the matter
2 until November 16, 2007, with defendants' motions due to be filed on October 19, 2007, the
3 government's opposition due to be filed on November 2, and Mr. Bordewick's reply on
4 November 9, 2007.
5    IT IS SO STIPULATED.

7 Dated: October 1, 2007           /s/ E A Balogh
                                   COLEMAN & BALOGH LLP
8                                  By:  ETHAN A. BALOGH
                                   Attorneys for the Defendant
9                                  KENNETH BORDEWICK

11 Dated: October 1, 2007          /s/ David Denier
                                   UNITED STATES OF AMERICA
12                                 BY: DAVID DENIER
                                   Assistant United States Attorney

14    Based on the parties stipulation as set forth above, and for good cause shown, the Court
15 hereby ORDERS the hearing of motions to take place on November 16, 2007 at 11:00 a.m.
16 before this Court.  The parties shall brief this matter in accordance with the briefing schedule set
17 forth above.
18 IT IS SO ORDERED.   10/3/07

_____
The Honorable D. Lowell Jensen
United States District Judge