SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
Tax Division
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:    (415) 436-6888
 Fax:          (415) 436-6748

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-06-0022-DLJ |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| KENNETH GERALD BORDEWICK, aka Gerald Kenneth Bordewick, aka Gerald K. Bordewick, aka G. Kenneth Bordewick, aka G. Kenneth Bordewick, Jr., ) | |
| Defendant. ) | |

On May 11, 2007, at the conclusion of the hearing on defendant's motion to dismiss the charges, the case was set for trial on October 29, 2007. Pursuant to the stipulation of the parties and for good cause, on June 4, 2007, the Court ordered the exclusion of time under the Speedy Trial Act from May 11, 2007 to October 29, 2007.

On August 17, 2007, the Court granted the motions of Arthur Lewis and Leonard Sands to withdraw as defense counsel, granted the application of Ethan A. Balogh to substitute in as retained counsel, vacated the trial date and set November 2, 2007 as the date to hear the defendant's proposed motions.

On September 6, 2007, a Superseding Indictment was returned against defendant Kenneth Gerald Bordewick. On October 1, 2007, the defendant was arraigned on the Superseding Indictment

1     On October 3, 2007, pursuant to a stipulation of the parties, the Court continued the hearing date for the defendant's motions to November 16, 2007 at 11:00 a.m.

    The parties through their counsel of record, hereby stipulate and agree that the period of time from October 29, 2007 through November 16, 2007 shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and B(iv) for effective preparation of the defenses and continuity of defense counsel.

                                  SCOTT N. SCHOOLS
                                  United States Attorney

Dated: October 17, 2007            /s/ David L. Denier
                                  DAVID L. DENIER
                                  Assistant United States Attorney
                                  Tax Division
                                  Attorneys for United States of America

Dated: October 17, 2007            /s/ Ethan A. Balogh
                                  ETHAN A. BALOGH
                                  Attorney for Defendant
                                      Kenneth Gerald Bordewick

## ORDER

    This Court agrees and finds that the ends of justice served by excluding time from October 29, 2007 through November 16, 2007, outweigh the best interests of the public and the defendant in a speedy trial, because the defendant and his counsel are entitled to a reasonable time necessary for effective preparation of the defenses and continuity of counsel.

    IT IS SO ORDERED.

Dated: 10/19/07                                   _____
                                                    D. LOWELL JENSEN
                                                    United States District Judge