is, therefore, no surplusage in the indictment.  See <u>Hedgepeth</u>, 434 F.3d at 613.  Nothing will be stricken in the superseding indictment.

### III.  CONCLUSION

For the reasons stated above, Bordewick's motions are DENIED.  The original indictment tolled the statute of limitations for the charge of Mail Fraud by alleging a fraudulent scheme, thereby putting Bordewick on notice that he must defend against the materiality of the falsehoods in that scheme.  There is no duplicity in the first count of the superseding indictment inasmuch as only one fraudulent scheme is alleged and charged.  The superseding indictment contains no surplusage.

IT IS SO ORDERED

Dated:     December 5, 2007

_____
D. Lowell Jensen
United States District Judge

9