COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: 415.565.9600
Facsimile: 415.565.9601

Attorneys for Defendant
KENNETH BORDEWICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH BORDEWICK<br><br>  Defendant. | **Case No. 06-0022 DLJ**<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATES<br><br>Before the Honorable D. Lowell Jensen |

1

1  WHEREAS the hearing of Defendant Kenneth Bordewick's Renewed Motion for
2  Judgment of Acquittal has been preserved and is scheduled to be heard on May 23, 2008;
3  WHEREAS the hearing of Mr. Bordewick's Motion for New Trial is currently scheduled
4  to be heard on May 23, 2008;
5  WHEREAS the sentencing in this matter is currently scheduled for May 23, 2008;
6  WHEREAS the jury returned its verdict on February 20, 2008;
7  WHEREAS counsel for the defendant had been in continuously in trial preparation and
8  then trial for the case captioned *United States v. Thomas*, 06-0803 from March 3 through April 2,
9  2008;
10  WHEREAS counsel for defendant has significant other trial obligations, including court
11  service obligations to this Court and to the Ninth Circuit Court of Appeals pursuant to the
12  Criminal Justice Act in April and May 2008;
13  WHEREAS counsel for defendant requires additional time to prepare this matter for
14  sentencing and to prepare the motions currently scheduled for May 23, 2008,
15  WHEREAS, counsel for the United States agrees that it will not be prejudiced by a short
16  continuance of the May 23 hearing date;
17  IT IS HEREBY STIPULATED AND AGREED that the matters currently scheduled to
18  be heard on May 23, 2008 are continued to August 1, 2008 to be heard on the Court's 11:00 a.m.
19  calendar;
20  IT IS FURTHER STIPULATED AND AGREED that the deadlines applicable to the
21  preparation and presentation of the Proposed and Final Probation Report to be presented by the
22  United States Probation Office are hereby extended and should be calculated as if the Original
23  Sentencing Date shall take place on August 1, 2008.
24  STIPULATED AND AGREED TO:
25
26  By:  **/s/ David Denier**                **/s/ E A Balogh**
       David Denier                          Ethan A. Balogh
       Assistant United States Attorney      Coleman & Balogh LLP
27     Attorney for the United States        Attorneys for Kenneth Bordewick
28
                                    2

BASED ON THE FOREGOING STIPULATION AND FOR GOOD CAUSE SHOWN, the Court hereby continues the hearing of the sentencing and hearings set forth in the above Stipulation.  Defendants' Motions for Acquittal and for New Trial shall be considered timely if filed on or before July 11, 2008; the Government shall respond on July 25; and Defendant shall reply on or before July 29, 2008;

IT IS FURTHER ORDERED that the deadlines applicable to the preparation and presentation of the Proposed and Final Probation Report to be presented by the United States Probation Office are hereby extended and should be calculated as if the Original Sentencing Date shall take place on August 1, 2008.

IT IS SO ORDERED.

April 8, 2008

_____
The Honorable D. Lowell Jensen
United States District Judge

3