ANN C. MOORMAN (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN
308 S. School Street
Ukiah, California 94582
Telephone: 707-462-1844
Facsimile: 707-468-0522

Attorney for Defendant
KENNETH BORDEWICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0022 DLJ |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER RESETTING SENTENCING |
| KENNETH BORDEWICK, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the plaintiff through its attorney, Thomas Moore, Assistant United States Attorney and defendant Kenneth Bordewick, through counsel Ann C. Moorman, that the Sentencing in this matter now set for March 19, 2010 at 10:00 a.m. shall be reset for April 9, 2010 at 10:00 a.m. before the Honorable D. Lowell Jensen. U.S. Probation Officer Jessica Goldsberry has no objections to this request.

IT IS TO STIPULATED:

Dated: January 7, 2010           /s/ Ann C. Moorman
                                 ANN C. MOORMAN
                                 Attorney for Defendant Kenneth Bordewick

Stipulation and [Proposed] Order Resetting Sentencing

Dated: January 7, 2010        /s/ Thomas Moore
                                                        THOMAS MOORE
                                                        Assistant United States Attorney

**ORDER**

BASED UPON THE ABOVE STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Sentencing presently set for March 19, 2010 in the matter of United States v. Kenneth Bordewick shall be continued to April 9, 2010 at 10:00 a.m..

Dated: January 11, 2010

HON. D. LOWELL JENSEN
United States District Court Judge

Stipulation and [Proposed] Order Resetting Sentencing