ANN C. MOORMAN (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN
308 S. School Street
Ukiah, California 94582
Telephone: 707-462-1844
Facsimile:  707-468-0522

Attorney for Defendant
KENNETH BORDEWICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                  )<br>              Plaintiff,           )<br>                                                  )<br>        v.                               )<br>                                                  )<br>KENNETH BORDEWICK,    )<br>                                                  )<br>              Defendant.        )<br>_____ ) | Case No.  CR 06-0022 DLJ<br><br>STIPULATION AND **ORDER** RESETTING SENTENCING |

   IT IS HEREBY STIPULATED between the plaintiff through its attorney, Thomas M. Newman, Assistant United States Attorney and defendant Kenneth Bordewick, through counsel Ann C. Moorman, that the Sentencing in this matter now set for April 9, 2010 at 10:00 a.m. shall be reset for May 14, 2010 at 10:00 a.m. before the Honorable D. Lowell Jensen.  U.S. Probation Officer Jessica Goldsberry has no objection to this request.

   IT IS TO STIPULATED:

Dated: March 19, 2010              /s/ Thomas M. Newman
                                                 THOMAS M. NEWMAN
                                                 Assistant United States Attorney

Dated: March 19, 2010              /s/ Ann C. Moorman
                                                 ANN C. MOORMAN
                                                 Attorney for Defendant Kenneth Bordewick

Stipulation and [Proposed] Order Resetting Sentencing

**ORDER**

BASED UPON THE ABOVE STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Sentencing presently set for April 9, 2010 in the matter of *United States v. Kenneth Bordewick* shall be continued to May 14, 2010 at 10:00 a.m..

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _March 25, 2010                              _____
                                                    HON. D. LOWELL JENSEN
                                                    United States District Court Judge