1  ANN C. MOORMAN (CSB 130144)
   Law Offices of Ann C. Moorman
2  308 S. School Street
   Ukiah, California
3  Telephone: 707-462-1844
   Facsimile: 707-468-0522
4
   Attorney for Defendant
5  KENNETH BORDEWICK

6

7

8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND  DIVISION

12
   UNITED STATES OF AMERICA,        )   Case No.  CR 06-0022 DLJ
13                                   )
                   Plaintiff,        )   STIPULATION AND [PROPOSED]
14                                   )   ORDER PERMITTING TRAVEL
             v.                      )
15                                   )
   KENNETH BORDEWICK,               )
16                                   )
                   Defendant.        )
17  ─────────────────────────────── )

18       IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United

19  States Attorney Thomas M. Newman and defendant, through his counsel, Ann C. Moorman, that

20  Defendant Kenneth Bordewick shall be permitted to travel by car outside the Northern District of

21  California to Las Vegas, Nevada departing on June 24, 2010 and returning June 26, 2010.  The

22  Probation Department of the Central District, currently supervising Mr. Bordewick's probation, has

23  directed him to request court approval for this travel.  Mr. Bordewick's probation officer will be

24  provided information regarding the defendant's accommodations while out of the District prior to

25  departure.

26  ///

27

28

Stipulation and [Proposed] Order Permitting Travel

**FILED**

JUN 1 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1

**SO STIPULATED**:

2    Dated: June 11, 2010                          _____/s/ Thomas M. Newman_____

3                                          THOMAS M. NEWMAN
Assistant United States Attorney
Attorney for Plaintiff

4

5

Dated: June 11, 2010                           LAW OFFICES OF ANN C. MOORMAN

6

7                                        _____/s/ Ann C. Moorman_____

8                                        ANN C. MOORMAN, ESQ.
Counsel for Defendant Kenneth Bordewick

9

10

11                                **ORDER**

12       BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING,

13 IT IS HEREBY ORDERED THAT Defendant Kenneth Bordewick shall be permitted to travel by

14 car outside the Northern District of California to the Las Vegas, Nevada on June 24, 2010; returning

15 June 26, 2010.  Furthermore, the defendant shall continue to comply with any and all reporting

16 requirements of Pretrial Services while outside the Northern District.

17 PURSUANT TO STIPULATION, IT IS SO ORDERED.

18    Dated:                              _____

19                                HONORABLE D. LOWELL JENSEN
United States District  Judge
Northern District of California

20

21

22

23

24

25

26

27

28