1  ARTHUR LEWIS (SBN 026299)
2  Law Offices of Arthur Lewis
   U.S. Bank Tower
3  633 W 5th Street Ste 2600
   Telephone:  310-475-1391
4  Facsimile:   310-475-6462

5  Attorney for Defendant
   KENNETH BORDEWICK

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,              Case No.  CR 06-0022 DLJ

13              Plaintiff,                 STIPULATION AND
                                           ORDER PERMITTING TRAVEL
14       vs.

15  KENNETH G. BORDEWICK

16              Defendant.

17

18
        IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant
19
United States Attorney Thomas M. Newman and defendant, through his counsel, Arthur Lewis,
20
Esq., that Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central
21
District of California on March 16, 2011 to Long Island, New York until March 18, 2011 and on
22
to Washington, D.C. for the remainder of the business travel, returning March 21, 2011.  Mr.
23
Bordewick is owner and operator of an interior design firm.  This is a business trip requested of
24
Mr. Bordewick for the purpose of meeting with multiple clients to discuss prospective designs.
25
26  All travel expenses will be prepaid by client.  Upon return, Mr. Bordewick agrees to pay towards
27
28  restitution in the above entitled case with anticipated proceeds gained from this prospective business,

Stipulation and [Proposed] Order Permitting Travel
CR 06-0022 DLJ

such sum as Probation shall determine to be reasonable.

The Probation Department of the Central District, currently supervising Mr. Bordewick's probation, has directed him to request court approval for this travel. Mr. Bordewick will provide detailed itinerary to his supervising probation officer, as well as contact information and any other requested information prior to departure. Mr. Bordewick shall also comply with any and all reporting requirements that U.S. Probation requires while out of the country.

**SO STIPULATED**:

Dated: March 10, 2011  /s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Attorney for Plaintiff

Dated:  March 10, 2011  LAW OFFICES OF ARTHUR LEWIS

 /s/  Arthur Lewis
ARTHUR LEWIS, ESQ.
Counsel for Defendant Kenneth Bordewick

///

///

///

Stipulation and [Proposed] Order Permitting Travel
CR 06-0022 DLJ

2

# ORDER

BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California to Long Island, New York and Washington, D.C. departing on March 16, 2011; returning March 21, 2011; PROVIDED that he present to Probation, prior to departing, evidence of Pre-Paid Air and Hotel Reservation and travel expenses, and upon return pay towards Restitution in the above entitled case, such sum as Probation shall determine to be reasonable.

Furthermore, the defendant shall continue to comply with any and all reporting requirements of U.S. Probation including supplying his itinerary and contact information while outside the Central District.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 11, 2011

HONORABLE D. LOWELL JENSEN
United States District Court Judge
Northern District of California