ARTHUR LEWIS (SBN 026299)
Law Offices of Arthur Lewis
U.S. Bank Tower
633 W 5th Street Ste 2600
Telephone: 310-475-1391
Facsimile:  310-475-6462

Attorney for Defendant
KENNETH BORDEWICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 06-0022 DLJ |
| Plaintiff, | STIPULATION AND ORDER PERMITTING TRAVEL |
| vs. | |
| KENNETH G. BORDEWICK | |
| Defendant. | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Thomas M. Newman and defendant, through his counsel, Arthur Lewis, Esq., that Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California on or about 4/22/11 to New York City until 4/28/11 and then on to Washington, D.C. for the remainder of the business travel, returning (L.A.) 5/22/11.  Mr. Bordewick is travelling to meet with the client(s) from the previous trip and present his design plans and architectural drawings to the clients and again, to discuss *prospective* designs. All travel expenses will be *prepaid* by client.  Mr. Bordewick again agrees to pay towards restitution in the above entitled case with proceeds gained from this prospective business trip,

1  such sum as Probation shall determine to be reasonable.

2  The Probation Department of the Central District, currently supervising Mr. Bordewick's probation, has directed him to request court approval for this travel.  Mr. Bordewick will provide detailed itinerary to his supervising probation officer, as well as contact information and any other requested information prior to departure.  Mr. Bordewick shall also comply with any and all reporting requirements that U.S. Probation requires while travelling.

**SO STIPULATED**:

Dated:  April 15, 2011                         /s/  Thomas M. Newman
                                               THOMAS M. NEWMAN
                                               Assistant United States Attorney
                                               Attorney for Plaintiff


Dated:  April 15, 2011                         LAW OFFICES OF ARTHUR LEWIS

                                                /s/  Arthur Lewis
                                               ARTHUR LEWIS, ESQ.
                                               Counsel for Defendant Kenneth Bordewick

///

///

///

# ORDER

BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California to Long Island, New York and Washington, D.C. departing on 4/22/11; returning 5/2/11; Mr. Bordewick shall present to Probation, prior to departing, evidence of Pre-Paid Air and Hotel Reservation and travel expenses, and upon return pay towards Restitution in the above entitled case, such sum as Probation shall determine to be reasonable.

Furthermore, the defendant shall continue to comply with any and all reporting requirements of U.S. Probation including supplying his itinerary and contact information while outside the Central District.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 18, 2011

_____
HONORABLE D. LOWELL JENSEN
United States District Court Judge
Northern District of California