1  Arthur Lewis, Esq.    (SBN 026299)
   *Law Offices of Arthur Lewis*
2  U.S. Bank Tower
3  633 W. 5th Street  Ste 2600
   Los Angeles, CA 90071
4  Tel: (213) 624-4901  ( Private 310-475-1391 )
   Fax: (213) 623-7301  ( Private 310-475-6462 )
5
6  Attorney for Defendant,
   **KENNETH BORDEWICK**
7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    OAKLAND DIVISION
11

12  UNITED STATES OF AMERICA,          Case No.  CR 06-0022 DLJ
13              Plaintiff,              STIPULATION AND
                                        **ORDER** PERMITTING TRAVEL
14       vs.
15  KENNETH G. BORDEWICK
16              Defendant.
17

18
19  **IT IS HEREBY STIPULATED** between Plaintiff through its counsel, Assistant United
20  States Attorney *Thomas M. Newman* and Defendant through its counsel, *Arthur Lewis, Esq*. that
21  Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of
22  California on or about 5/27/11 to Ontario, Canada until 5/30/11 and then on to Leesburg, VA. for
23  the remainder of the business travel, returning to Los Angeles by 6/06/11.  Mr. Bordewick is
24  traveling to *interview* and meet with the client(s) from the previous trip and present additional
25  designs, plans and architectural drawings to the client(s) and, again discuss *prospective* designs.
26
27  All travel expenses will be *prepaid* by client.  Mr. Bordewick again agrees to pay towards restitution
28  from *this* business trip such sums as Probation shall determine to be reasonable.

Stipulation and [Proposed] Order Permitting Travel
CR 06-0022 DLJ

Mr. Bordewick will provide a detailed itinerary of his travel plans to his supervising Probation officer as well as contact information prior to departure. Mr. Bordewick shall also comply with any and all reporting requirements that U.S. Probation requires while traveling.

**SO STIPULATED.**

Dated: May 25, 2011            /s/ Thomas M. Newman
                               THOMAS M. NEWMAN
                               Assistant United States Attorney
                               Attorney for Plaintiff

Dated: May 25, 2011            /s/ Arthur Lewis
                               ARTHUR LEWIS, ESQ.
                               Counsel for Defendant
                               Kenneth Bordewick

## ORDER

BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California to Ontario, Canada and to Leesburg, VA. Departing, on or about, May 27, 2011; returning to Los Angeles by June 06, 2011; PROVIDED that he present to Probation, prior to departing, evidence of Pre-Paid Air and Hotel Reservation and travel expenses, and upon return, pay towards Restitution in the above entitled case, such sum as Probation shall determine to be reasonable.

Furthermore, the defendant shall continue to comply with any and all reporting requirements of U.S. Probation including supplying his itinerary and contact information while outside the Central District.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 26, 2011
                               HONORABLE D. LOWELL JENSEN
                               United States District Court Judge
                               Northern District of California