Arthur Lewis, Esq. (SBN 026299)
*Law Offices of Arthur Lewis*
U.S. Bank Tower
633 W. 5th Street  Ste 2600
Los Angeles, CA 90071
Tel: (213) 624-4901  ( Private 310-475-1391 )
Fax: (213) 623-7301  ( Private 310-475-6462 )

Attorney for Defendant,
**KENNETH BORDEWICK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>    Plaintiff,  <br>    vs.  <br>KENNETH G. BORDEWICK  <br>    Defendant. | Case No.  CR 06-0022 DLJ  <br>STIPULATION AND  <br>ORDER PERMITTING TRAVEL |

**IT IS HEREBY STIPULATED** between Plaintiff through its counsel, Assistant United States Attorney *Thomas M. Newman* and Defendant through its counsel, *Arthur Lewis, Esq.*, that Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California on or about 7/5/11 to NY City & the Washington DC - Leesburg area until approximately  7/10/11 then to London, UK, then on or about 7/19/11 to Milan, Verona, Venice, Florence, Italy; returning to New York by August 5, 2011. Upon return to NY, travel to Washington DC area also shall be permitted until August 10, 2011; return to Los Angeles by said August 10, 2011. Again, all travel expenses will be *prepaid* by client.

Stipulation and [Proposed] Order Permitting Travel
CR 06-0022 DLJ

Mr. Bordewick will provide a *detailed* itinerary of his travel plans to his supervising Probation officer as well as contact information *prior* to departure. Mr. Bordewick shall also comply with any and all reporting requirements that U.S. Probation requires while travelling.

Mr. Bordewick again agrees to pay towards restitution from *this* business trip such sums as Probation shall determine to be reasonable.

**SO STIPULATED:**

Dated: June 26, 2011        /s/ Thomas M. Newman
                            THOMAS M. NEWMAN
                            Assistant United States Attorney
                            Attorney for Plaintiff

Dated: June 26, 2011        /s/ Arthur Lewis
                            ARTHUR LEWIS, ESQ.
                            Counsel for Defendant
                            Kenneth Bordewick

**ORDER**

BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California to NYC , Leesburg, VA, departing, on or about, July 5, 2011; then to London, UK, Italy, returning to NYC and to Los Angeles by August 10, 2011; PROVIDED that he present to Probation, prior to departing, evidence of Pre-Paid Air and Hotel Reservation and travel expenses, and upon return, pay towards Restitution in the above entitled case, such sum as Probation shall determine to be reasonable.

Furthermore, the defendant shall continue to comply with any and all reporting requirements of U.S. Probation including supplying his itinerary and contact information while outside the Central District.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 28, 2011
                            HONORABLE D. LOWELL JENSEN
                            United States District Court Judge
                            Northern District of California