Arthur Lewis, Esq. (SBN 026299)
*Law Offices of Arthur Lewis*
U.S. Bank Tower
633 W. 5th Street  Ste 2600
Los Angeles, CA 90071
Tel: (213) 624-4901  ( Private 310-475-1391 )
Fax: (213) 623-7301  ( Private 310-475-6462 )

Attorney for Defendant,
**KENNETH BORDEWICK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 06-0022 DLJ |
| Plaintiff, | STIPULATION AND ORDER PERMITTING TRAVEL |
| vs. | |
| KENNETH G. BORDEWICK | |
| Defendant. | |

**IT IS HEREBY STIPULATED** between Plaintiff through its counsel, Assistant United States Attorney *Thomas M. Newman* and Defendant through its counsel, *Arthur Lewis, Esq.*, that Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California on or about September 6, 2011 to New York City and the Washington DC area until approximately September 10, 2011; September 13, 2011 Mr. Bordewick will travel from Washington D. C. by air to London, staying in the Grosvenor Square area for the duration of his business; returning to Los Angeles no later than September 22, 2011.  This business will require additional travel the following week, to commence September 27, 2011, traveling by air from Los Angeles to Washington D.C.; returning by October 3, 2011; then on to Milan, Italy until on or about October 9, 2011; to Venice until on or about October 14, 2011; to Florence/Corona until on or about October 17, 2011; returning to Washington D.C. on or about October 20, 2011 and to Los Angeles on or about October 23, 2011.

Stipulation and [Proposed] Order Permitting Travel
CR 06-0022 DLJ

All costs and expenses associated with this travel will be *prepaid* by Mr. Bordewick's client.

Mr. Bordewick will provide a *detailed* itinerary of his travel plans to his supervising Probation officer, as well as contact information *prior* to departure.  Mr. Bordewick shall also comply with any and all reporting requirements that U.S. Probation requires while travelling.

Mr. Bordewick agrees to continue to pay towards restitution from *this* business trip such sums as Probation shall determine to be reasonable.

**SO STIPULATED:**

Dated: August 30, 2011                     /s/ Thomas M. Newman
                                           THOMAS M. NEWMAN
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

Dated: August 30, 2011                     /s/ Arthur Lewis, Esq.
                                           ARTHUR LEWIS, ESQ.
                                           Counsel for Defendant
                                           Kenneth Bordewick

**ORDER**

BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California to NYC then Washington D.C., departing, on or about, 9/6/2011; then by air to London on 9/13/2011, returning to Los Angeles by 9/22/2011.

Further travel is permitted for Mr. Bordewick to commence 9/27/2011, traveling by air from Los Angeles to Washington D.C.; returning by 10/3/2011; then directly by air travel to Italy; returning to Washington D.C. on or about 10/20/11 and Los Angeles on or about 10/23/11.

ALL ABOVE TRAVEL IS PERMITTED PROVIDED that Mr. Bordewick present to Probation, prior to departing, evidence of Pre-Paid Air and Hotel Reservation and travel expenses, and upon return, pay towards Restitution in the above entitled case, such sum as Probation shall determine to be reasonable. Furthermore, the defendant shall continue to comply with any and all reporting requirements of U.S. Probation including supplying his itinerary and contact information while outside the Central District.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 1, 2011

HONORABLE D. LOWELL JENSEN
United States District Court Judge
Northern District of California