1  Arthur Lewis, Esq. (SBN 026299)
2  *Law Offices of Arthur Lewis*
   U.S. Bank Tower
3  633 W. 5th Street  Ste 2600
   Los Angeles, CA 90071
4  Tel: (213) 624-4901  ( Private 310-475-1391 )
   Fax: (213) 623-7301 ( Private 310-475-6462 )
5
6  Attorney for Defendant,
   **KENNETH BORDEWICK**
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12 | UNITED STATES OF AMERICA, | Case No.  CR 06-0022 DLJ
13 |            Plaintiff,     | STIPULATION AND
14 |            vs.            | ORDER PERMITTING TRAVEL
15 | KENNETH G. BORDEWICK      |
16 |            Defendant.     |
17

18
19         **IT IS HEREBY STIPULATED** between Plaintiff through its counsel, Assistant United
20  States Attorney *Thomas M. Newman* and Defendant through its counsel, *Arthur Lewis, Esq.*, that
21  Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of
22  California on or about November 7, 2011 to New York City and the Washington DC area until
    approximately November 10, 2011; returning to Los Angeles the November 11, 2011;
23         On or about November 25, 2011 Mr. Bordewick will travel from Los Angeles, California
24  by air to Milan, Italy staying in the Westin Palace Hotel inspecting the furniture and other
25  merchandise ordered for clients, for approximately one week, then, taking the train to Venice on
    or about December 4, 2011 staying again at the Bauer Palace Hotel for the purpose of inspecting
26  the custom chandeliers previously ordered. It is anticipated to take one week, and his return to
27  Los Angeles on or about December 11, 2011.  However, while in Venice, Mr. Bordewick has a
28  tentative appointment with a new client, to meet in Vienna for an interview and to inspect his

properties, staying at the Hotel de France, 1010 Wien, Kartner Ring 9, taking approximately one additional week, until December 18, 2011.

Should the new client not confirm the requested meeting set for December 11, 2011, then his return to Los Angeles will be on December 11th as outlined above.

All costs and expenses associated with this travel will be *prepaid* by Mr. Bordewick's client(s).

Probation was contacted by both Mr. Newman and Mr. Lewis and Probation has approved this Travel Request. Mr. Bordewick will provide a *detailed* itinerary of his travel plans to his supervising Probation officer, as well as contact information *prior* to departure. Mr. Bordewick shall also comply with any and all reporting requirements that U.S. Probation requires while travelling.

Mr. Bordewick agrees to continue to pay towards restitution from *this* business trip such sums as Probation shall determine to be reasonable.

**SO STIPULATED:**

Dated: November 3, 2011          /s/ Thomas M. Newman     .
                                 THOMAS M. NEWMAN
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

Dated: November 3, 2011          /s/ Arthur Lewis_____
                                 ARTHUR LEWIS, ESQ.
                                 Counsel for Defendant
                                 Kenneth Bordewick

**ORDER**

BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California to NYC then Washington D.C., departing, on or about, 11/7/11; returning on or about 11/11/11; then on 11/25/11 by air to Milan, and Venice Italy on 11/25/11, returning to Los Angeles by 12/19/2011.

ALL ABOVE TRAVEL IS PERMITTED PROVIDED that Mr. Bordewick present to Probation, prior to departing, evidence of Pre-Paid Air and Hotel Reservation and travel expenses, and upon return, pay towards Restitution in the above entitled case, such sum as Probation shall determine to be reasonable. Furthermore, the defendant shall continue to comply with any and all reporting requirements of U.S. Probation including supplying his itinerary and contact information while outside the Central District.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 3, 2011

_____
HONORABLE D. LOWELL JENSEN
United States District Court Judge
Northern District of California