Arthur Lewis, Esq. (SBN 026299)
*Law Offices of Arthur Lewis*
U.S. Bank Tower
633 W. 5th Street  Ste 2600
Los Angeles, CA 90071
Tel: (213) 624-4901  ( Private 310-475-1391 )
Fax: (213) 623-7301  ( Private 310-475-6462 )

Attorney for Defendant
**KENNETH BORDEWICK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>KENNETH G. BORDEWICK<br><br>            Defendant. | Case No.  CR 06-0022 DLJ<br><br>STIPULATION AND<br>  ORDER PERMITTING TRAVEL |

**IT IS HEREBY STIPULATED** between Plaintiff through its counsel, Assistant United States Attorney *Thomas M. Newman* and Defendant through its counsel, *Arthur Lewis, Esq.*, that Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California on or about January 20, 2012 to NYC and the Washington DC area for business obligations, returning to Los Angeles on or about January 26, 2012.

Additional business will require travel the following week, to commence on or about February 2, 2012, traveling by air from Los Angeles to Riyadh, Saudi Arabia for approximately 10 days; then Bahrain for the remaining duration of the business, returning to Los Angeles on or about February 24, 2012.

All costs and expenses associated with this travel will be *prepaid* by Mr. Bordewick's client(s).  Mr. Bordewick will provide a *detailed* itinerary of his travel plans to his supervising Probation officer, as well as contact information *prior* to departure.

Mr. Bordewick shall continue to comply with any and all reporting requirements that U.S. Probation requires while travelling.

**SO STIPULATED:**

Dated:  January 18, 2012                                              /s/  THOMAS  M. NEWMAN
                                                                                      Assistant United States Attorney
                                                                                      Attorney for Plaintiff


Dated: January 18, 2012                                               /s/ Arthur Lewis, Esq._____
                                                                                      ARTHUR LEWIS, ESQ.
                                                                                      Counsel for Defendant
                                                                                      Kenneth Bordewick

Stipulation and [Proposed] Order Permitting Travel
CR 06-0022 DLJ

2

# ORDER

BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California to NYC and Washington D.C., departing, on or about 1/20/12; returning to Los Angeles on or about 1/26/12.

Further travel is permitted for Mr. Bordewick to commence on or about 2/2/12, traveling by air from Los Angeles to Riyadh, Saudi Arabia, then Bahrain; returning to Los Angeles on or about 2/24/12.

ALL ABOVE TRAVEL IS PERMITTED PROVIDED that Mr. Bordewick present to Probation, evidence of Pre-Paid Air and Hotel Reservation and travel expenses.

Furthermore, the defendant shall continue to comply with any and all reporting requirements of U.S. Probation including supplying his itinerary and contact information while outside the Central District.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 18, 2012

_____
HONORABLE D. LOWELL JENSEN
United States District Court Judge
Northern District of California

Stipulation and [Proposed] Order Permitting Travel
CR 06-0022 DLJ

3