```
1   Arthur Lewis, Esq. (SBN 026299)
    Law Offices of Arthur Lewis
2   U.S. Bank Tower
    633 W. 5th Street  Ste 2600
3   Los Angeles, CA 90071
4   Tel: (213) 624-4901  ( Private 310-475-1391 )
    Fax: (213) 623-7301 ( Private 310-475-6462 )
5
    Attorney for Defendant
6   KENNETH BORDEWICK
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH G. BORDEWICK<br><br>Defendant. | Case No.  CR 06-0022 DLJ<br><br>STIPULATION AND [PROPOSED]<br>ORDER PERMITTING TRAVEL |

**IT IS HEREBY STIPULATED** between Plaintiff through its counsel, Assistant United States Attorney *Thomas M. Newman* and Defendant through its counsel, *Arthur Lewis, Esq.*, that Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California on or about March 18, 2012 to Bahrain, then to Saudi Arabia on or about March 24, 2012 for business obligations, returning to Los Angeles on or about March 28, 2012.

Furthermore, additional business requires travel the following week for approximately three weeks; to commence on or about April 1, 2012, traveling by air from Los Angeles to London for approximately 4 days; on to Paris, France for approximately 5 days, then Italy for the remaining duration of the business, (Florence (4/10), Milan (4/15), Venice (4/19)) - returning to Los Angeles on or about April 23, 2012.

All costs and expenses associated with this travel will be *prepaid* by Mr. Bordewick's client(s). Mr. Bordewick will provide a *detailed* itinerary of his travel plans to his supervising Probation officer, as well as contact information *prior* to departure. Probation has been advised of and has no objections to the travel requested herein.

Mr. Bordewick shall continue to comply with any and all reporting requirements that U.S. Probation requires while travelling.

**SO STIPULATED:**

Dated: March 12, 2012

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Attorney for Plaintiff

Dated: March 11, 2012

/s/ Arthur Lewis, Esq.
ARTHUR LEWIS, ESQ.
Counsel for Defendant
Kenneth Bordewick

**ORDER**

BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California to Bahrain and Saudi Arabia, departing, on or about 3/18/12; returning to Los Angeles on or about 3/28/12.

Further travel is permitted for Mr. Bordewick to commence on or about 4/1/12, traveling by air from Los Angeles to London, Paris, then Italy; returning to Los Angeles on or about 4/23/12.

ALL ABOVE TRAVEL IS PERMITTED PROVIDED that Mr. Bordewick present to Probation, evidence of Pre-Paid Air and Hotel Reservation and travel expenses.

Furthermore, the defendant shall continue to comply with any and all reporting requirements of U.S. Probation including supplying his itinerary and contact information while outside the Central District.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: HEHEG

HONORABLE D. LOWELL JENSEN
United States District Court Judge
Northern District of California