Arthur Lewis, Esq. (SBN 026299)
*Law Offices of Arthur Lewis*
U.S. Bank Tower
633 W. 5th Street  Ste 2600
Los Angeles, CA 90071
Tel: (213) 624-4901  ( Private 310-475-1391 )
Fax: (213) 623-7301  ( Private 310-475-6462 )

Attorney for Defendant
**KENNETH BORDEWICK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>KENNETH G. BORDEWICK<br><br>          Defendant. | Case No.  CR 06-0022 DLJ<br><br>STIPULATION AND []<br>ORDER PERMITTING TRAVEL |

**IT IS HEREBY STIPULATED** between Plaintiff through its counsel, Assistant United States Attorney *Thomas M. Newman* and Defendant through its counsel, *Arthur Lewis, Esq.*, that Defendant Kenneth Bordewick shall be permitted to travel for business obligations outside the Central District of California by air, on or about May 30, 2012 to London, England, then to Bahrain on or about June 6, 2012, followed by Qatar, Oman, and Abu Dhabi, returning by air to New York on or about June 30, 2012.  Mr. Bordewick shall remain in New York for further business obligations for approximately 5 days, returning to Los Angeles on or about July 5, 2012.

Stipulation and [] Order Permitting Travel
CR 06-0022 DLJ

1  **IT IS FURTHER STIPULATED** that Mr. Bordewick shall be permitted additional business travel commencing on or about July 22, 2012 by air from Los Angeles to Jurmala, Latvia for approximately 2 weeks; returning to Los Angeles on or about August 2, 2012.

All costs and expenses associated with this travel will be *prepaid* by Mr. Bordewick's client(s).  Mr. Bordewick will provide a *detailed* itinerary of his travel plans to his supervising Probation officer, as well as contact information *prior* to departure.   Probation has been informed of the Proposed Travel Request and been provided a copy and Mr. Bordewick's travel itinerary and voiced no objections.

Mr. Bordewick shall continue to comply with any and all reporting requirements that U.S. Probation requires while travelling.

**SO STIPULATED:**

Dated: May 22, 2012                    ___/s/ Thomas M.Newman____
                                       THOMAS M. NEWMAN
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


Dated: May 22, 2012                     _/s/  Arthur Lewis_____
                                       ARTHUR LEWIS, ESQ.
                                       Counsel for Defendant
                                       Kenneth Bordewick

Stipulation and [] Order Permitting Travel
CR 06-0022 DLJ

2

**ORDER**

BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Kenneth Bordewick shall be permitted to travel for business obligations outside the Central District of California by air, on or about May 30, 2012 to London, England, then by air to Bahrain on or about June 6, 2012, followed by Qatar, Oman, and Abu Dhabi, returning to New York on or about June 30, 2012, and returning to Los Angeles on or about July 5, 2012.

IT IS FURTHER ORDERED that Mr. Bordewick shall be permitted to travel on or about July 22, 2012 by air from Los Angeles to Jurmala, Latvia for approximately 2 weeks; returning to Los Angeles on or about August 2, 2012.

ALL ABOVE TRAVEL IS PERMITTED PROVIDED that Mr. Bordewick present to Probation, evidence of Pre-Paid Air and Hotel Reservation and travel expenses.

Furthermore, the defendant shall continue to comply with any and all reporting requirements of U.S. Probation including supplying his itinerary and contact information while outside the Central District.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Í₤₢₣₤₧G

_____
HONORABLE D. LOWELL JENSEN
United States District Court Judge
Northern District of California

Stipulation and [] Order Permitting Travel
CR 06-0022 DLJ

3