1  Arthur Lewis, Esq. (SBN 026299)
2  *Law Offices of Arthur Lewis*
   U.S. Bank Tower
3  633 W. 5th Street  Ste 2600
   Los Angeles, CA 90071
4  Tel: (213) 624-4901  ( Private 310-475-1391 )
   Fax: (213) 623-7301  ( Private 310-475-6462 )
5
6  Attorney for Defendant
   **KENNETH BORDEWICK**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.  CR 06-0022 DLJ |
|---|---|
| Plaintiff, | STIPULATION AND [] ORDER PERMITTING TRAVEL |
| vs. | |
| KENNETH G. BORDEWICK | |
| Defendant. | |

**IT IS HEREBY STIPULATED** between Plaintiff through its counsel, Assistant United States Attorney *Thomas M. Newman* and Defendant through its counsel, *Arthur Lewis, Esq.*, that Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California on or about September 5, 2012 to Naples, Italy to attend to business obligations through September 14, 2012, then completing his remaining business obligations in Milan and Venice until returning to Los Angeles on or about September 21, 2012.

All costs and expenses associated with this travel will be *prepaid* by Mr. Bordewick's client(s).  Mr. Bordewick will provide a *detailed* itinerary of his travel plans to his supervising Probation officer, as well as contact information *prior* to departure.  Probation has been informed

of the proposed request for travel and been provided a copy of Mr. Bordewick's travel itinerary and voiced no objections.

Mr. Bordewick shall continue to comply with any and all reporting requirements that U.S. Probation requires while travelling.

**SO STIPULATED:**

Dated:  August 27, 2012                    /s/  Thomas A. Newman
                                           THOMAS A. NEWMAN
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


Dated: August 27, 2012                     /s/  Arthur Lewis
                                           ARTHUR LEWIS, ESQ.
                                           Counsel for Defendant
                                           Kenneth Bordewick

Stipulation and [] Order Permitting Travel
CR 06-0022 DLJ

2

1 **ORDER**

2   BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING,
3 IT IS HEREBY ORDERED THAT Defendant Kenneth Bordewick shall be permitted to travel by
4 air outside the Central District of California to Milan, Italy, departing, on or about 9/5/12; and
5 from there to Venice and Milan on or about 9/14/12; returning to Los Angeles on or about
9/21/12.

6   ALL ABOVE TRAVEL IS PERMITTED PROVIDED that Mr. Bordewick present to
7 Probation, evidence of Pre-Paid Air and Hotel Reservation and travel expenses.

8   Furthermore, the defendant shall continue to comply with any and all reporting
9 requirements of U.S. Probation including supplying his itinerary and contact information while
10 outside the Central District.

11
**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
12
13 Dated:  Ì ÐIŒÐG

_____
14   HONORABLE D. LOWELL JENSEN
   United States District Court Judge
15   Northern District of California

Stipulation and [] Order Permitting Travel
CR 06-0022 DLJ

3