1

Arthur Lewis, Esq. (SBN 026299)

2

*Law Offices of Arthur Lewis*
U.S. Bank Tower

3

633 W. 5th Street  Ste 2600
Los Angeles, CA 90071

4

Tel: (213) 624-4901  ( Private 310-475-1391 )
Fax: (213) 623-7301 ( Private 310-475-6462 )

5

6

Attorney for Defendant
**KENNETH BORDEWICK**

7

8

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

OAKLAND DIVISION

13

14

UNITED STATES OF AMERICA,

Case No.  CR 06-0022 DLJ

15

Plaintiff,

STIPULATION AND []
ORDER PERMITTING TRAVEL

16

vs.

17

KENNETH G. BORDEWICK

18

Defendant.

19

20

**IT IS HEREBY STIPULATED** between Plaintiff through its counsel, Assistant United

21

States Attorney *Thomas M. Newman* and Defendant through its counsel, *Arthur Lewis, Esq.*, that

22

Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of

23

California on or about November 12, 2012 to Venice, Italy to attend to business obligations

24

through November 20, 2012.  Mr. Bordewick will remain in Venice for the duration of the travel

25

save for one day of travel while in Venice to Milano, returning to Venice the same day, and

returning to Los Angeles on or about November 20, 2012.

26

All costs and expenses associated with this travel will be *prepaid* by Mr. Bordewick's

27

client(s).  Mr. Bordewick will provide a *detailed* itinerary of his travel plans to his supervising

28

Stipulation and [] Order Permitting Travel
CR 06-0022 DLJ

1  Probation officer, as well as contact information *prior* to departure.  Probation has been informed

2  of the proposed request for travel and been provided a copy of Mr. Bordewick's travel itinerary

3  and voiced no objections.

4        Mr. Bordewick shall continue to comply with any and all reporting requirements that U.S.

Probation requires while travelling.

5  **SO STIPULATED:**

6  Dated:   November 2, 2012               __/s/ Thomas A. Newman ____

7                                                      THOMAS A. NEWMAN
Assistant United States Attorney

8                                                      Attorney for Plaintiff

9  Dated:   November 2, 2012                  __/s/  Arthur Lewis_____

10                                                      ARTHUR LEWIS, ESQ.
Counsel for Defendant

11                                                      Kenneth Bordewick

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [] Order Permitting Travel
CR 06-0022 DLJ

2

**ORDER**

BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Kenneth Bordewick shall be permitted to travel by air outside the Central District of California to Venice, Italy, departing, on or about 11/12/12; traveling to Milano for one day while in Venice; returning to Los Angeles on or about 11/20/12.

ALL ABOVE TRAVEL IS PERMITTED PROVIDED that Mr. Bordewick present to Probation, evidence of Pre-Paid Air and Hotel Reservation and travel expenses.

Furthermore, the defendant shall continue to comply with any and all reporting requirements of U.S. Probation including supplying his itinerary and contact information while outside the Central District.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
HONORABLE D. LOWELL JENSEN
United States District Court Judge
Northern District of California

Stipulation and ] Order Permitting Travel
CR 06-0022 DLJ

3